UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| RONALD C. HAYES, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | No. 2:19-cv-00074 |
| KEVIN HAMPTON, | ) | |
| Respondent. | ) | |

## ORDER

The Magistrate Judge has filed a Report and Recommendation ("R&R") (Doc. No. 16) recommending that Ronald C. Hayes' petition for a writ of habeas corpus under 28 U.S.C. § 2254 be denied. No objections to the R&R have been filed. The Court has reviewed the R&R and agrees with it. Accordingly, the R&R is APPROVED and ADOPTED. Mr. Hayes petition is **DENIED.** The Clerk shall close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE